

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00014-CR

Camryon Jevon **CAGAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A2410
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 21, 2025.

_____
Rebeca C. Martinez, Chief Justice